George Morrison, Appellant, v. New York Rapid Transit Corporation, Respondent.— Upon an appeal from an order denying plaintiff's motion for an order removing the action from the Municipal Court to the Supreme Court; order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. We are of opinion that the moving papers show a situation requiring the removal of the action to the Supreme Court. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

Herbert A. O'Brien, Appellant, v. Samuel M. Birnbaum, Respondent.— Order granting defendant's motion for a bill of particulars modified by striking therefrom directions to give the particulars detailed in items 1, 3, 4, 15, 16, 26, 27, 28, 29 and 30, and by striking from item 2 all directions to give particulars except that part thereof which requires particulars as to whether the joint venture agreement alleged in paragraphs 9, 10, 11, 12 and 13 of the complaint were oral or written. As so modified, the order, in so far as appealed from, is affirmed, without costs; the bill of particulars to be served within five days from the entry of the order hereon. No opinion. Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ., concur.